IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MANPREET SINGH                                          PETITIONER

v.                    CIVIL ACTION NO. 5:20-cv-96-DCB-MTP

WARDEN SHAWN GILLIS                                     RESPONDENT

## ORDER

This matter is before the Court on Petitioner's Motion to Mark the Matter as Urgent and to Transfer Jurisdiction to the District Court Judge. [ECF No. 23]. Having read the Motion, response thereto, applicable statutory and case law, and being otherwise fully informed in the premises, the Court finds as follows:

Petitioner has filed two motions in this case: (1) a 28 U.S.C. § 2241 habeas petition, filed on April 6, 2020; and (2) a Motion [ECF No. 6] requesting immediate release on bond because of the COVID-19 pandemic. The Court denied Petitioner's Motion for Bond on June 4, 2020. [ECF No. 20]. Petitioner now requests that the Court mark this matter as urgent pursuant to Local Uniform Civil Rule 7(b)(8) and transfer jurisdiction to District Judge David C. Bramlette as opposed to having Magistrate Judge Michael T. Parker issue a Report and Recommendation regarding the habeas petition. Petitioner moves for this relief on the grounds that COVID-19 has been "spreading rapidly throughout Mississippi." [ECF No. 23] at 2. Petitioner fails to cite any

1

facts specific to his situation that would necessitate this case be marked as urgent. A general fear of the spread of COVID-19 does not warrant such relief.

   Accordingly,

   IT IS HEREBY ORDERED that the Petitioner's Motion to Mark the Matter as Urgent [ECF No. 23] is DENIED. All other motions and relief sought by the petitioner are before Magistrate Judge Michael T. parker for resolution.

   SO ORDERED this the 9th day of July, 2020.

                              _/s/ David Bramlette_____
                              UNITED STATES DISTRICT JUDGE